Electronically FILED by Superior Court of California, County of Los Angeles on 02/11/2020 04:21 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel, Deputy Clerk

20STCV05650

**SUM-100**

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

TARGET CORPORATION, a business entity; and DOES 1 through 100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

TYLER COVINGTON, an individual,

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

The name and address of the court is:
*(El nombre y dirección de la corte es):* Los Angeles Superior Court

312 N. Spring Street
Los Angeles, CA 90112

**CASE NUMBER:**
*(Número del Caso):*

**20STCV05650**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Raymond Ghermezian, Esq., 3435 Wilshire Blvd., Suite 1800, Los Angeles, CA 90010, (323) 900-5800.

DATE: 02/11/2020     Sherri R. Carter Executive Officer / Clerk of Court
*(Fecha)*              Clerk, by   Marita P. Barel     , Deputy
                       *(Secretario)*                   *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Target Corporation, a business entity!

    under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
           ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
           ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
           ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

20STCV05650
Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Laura Seigle

Electronically FILED by Superior Court of California, County of Los Angeles on 02/11/2020 04:21 PM Sherri R. Carter, Executive Officer/Clerk of Court, by M. Barel, Deputy Clerk

1  Raymond Ghermezian, Esq. [SBN 198777]
   **RAYMOND GHERMEZIAN,**
2  **A PROFESSIONAL LAW CORPORATION**
   3435 Wilshire Boulevard Suite 1800
3  Los Angeles, CA 90010
   Telephone    :    (323) 900-5800
4  Facsimile    :    (323) 900-5801
   Email        :    raymond@ghermezianlaw.com
5

6  Attorneys for Plaintiff,
   **TYLER COVINGTON**
7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                      FOR THE COUNTY OF LOS ANGELES

11 | TYLER COVINGTON, an individual, | Case No. 20STCV05650 |
   | Plaintiff, | |
   | vs. | **COMPLAINT FOR DAMAGES AND PERSONAL INJURIES BASED ON:** |
   | TARGET CORPORATION, a business entityl; and DOES 1 through 100, inclusive, | 1. NEGLIGENCE |
   | | 2. PREMISES LIABILITY |
   | Defendants. | |

PLAINTIFF, **TYLER COVINGTON**, by and through his attorneys alleges as follows:

### FACTS COMMON TO ALL CAUSES OF ACTION

1. Plaintiff, **TYLER COVINGTON** is, and at all times herein mentioned was, a resident of City of Monrovia, in the State of California.

2. Plaintiff is informed and believes and thereon alleges that defendant **TARGET CORPORATION**, and at all times herein mentioned was, a corporation duly licensed and authorized to do business in the County of los Angeles, State of California.

3. That the true names and capacities, whethis individual, corporate, associate

1.

or otherwise of defendants, DOES 1 through 100, inclusive, and each DOE in between, are unknown to plaintiff at this time, who therefore sues said defendants by such fictitious names, and that when the true names and capacities of said defendants are ascertained, plaintiff will ask leave of court to amend this complaint accordingly.

4. Plaintiff is informed and believes and therefore alleges that each of the defendants sued herein as a DOE is responsible in some manner for the events and happenings herein referred to and caused injury and damages proximately thereby to plaintiff, as herein alleged.

5. Plaintiff is informed and believes and thereon alleges that defendants, each of them, and DOES 1 through 100, were the agents, alter egos, employees, servants, employers, masters, principals and/or associates of the remaining defendants and each or all of them, and at all times mentioned, were acting within the purpose and scope of such agency, employment, service, partnership and/or association.

## FIRST CAUSE OF ACTION

**(Against Defendants TARGET CORPORATION, and Doe Defendants 1 through 100, inclusive)**

6. Plaintiff re-alleges and incorporates herein by reference each and every allegation contained in paragraph 1 through 5 as if set forth fully herein.

7. Plaintiff is informed and believes and thereon alleges that at all times herein mentioned, defendant, **TARGET CORPORATION**, and DOE defendants 1 through 100, inclusive, owned, maintained, controlled, possessed, repaired, inspected, operated, designed, built, managed and cleaned certain walkway surfaces located at 888 W. Arrow Highway, San Dimas, CA 91773, which were involved in the incident hereinafter described.

8. That on or about June 07, 2018, at the aforementioned time and place, defendant, **TARGET CORPORATION**, and DOE defendants 1 through

2.

**COMPLAINT FOR DAMAGES**

1  100, inclusive, so negligently, carelessly and recklessly owned, maintained, controlled, possessed, repaired, inspected, operated, designed, built, managed and cleaned certain premises located at 888 W. Arrow Highway, San Dimas, CA 91773, in a dangerous condition, so as cause plaintiff to slip on a foreign his balance and fall to the floor, thereby proximately causing the plaintiff to sustain damages as set forth herein.

9. That on or about June 07, 2018, plaintiff was lawfully within defendant **TARGET CORPORATION's** premises for the mutual benefit of plaintiff and defendants, and each of them, and DOES 1 through 10.

10. That the dangerous condition was known, or, in the exercise of ordinary and reasonable care, should have been known, to defendants, and each of them, and DOES 1 through 100, in adequate time for a reasonable prudent person to have corrected the dangerous condition, or, to have properly warned persons, including plaintiff, of the dangerous condition.

3. That as a proximate and direct result of the dangerous condition, plaintiff, **TYLER COVINGTON**, has sustained, and in the future is certain to sustain disabling, serious and permanent injuries, pain, suffering and mental anguish in connection thhis general damages according to proof.

4. That as a further, direct and proximate result of the dangerous, plaintiff, **TYLER COVINGTON**, has incurred and will in the future incur medical and sundry expenses in the examination, care ahis injuries, the exact nature and extent of which are unknown to plaintiff at this time, and plaintiff will ask leave of court to amend this complaint in this regard when the same are ascertained.

5. At the time of said injuries, plaintiff, **TYLER COVINGTON**, was employed his usual occupatiohis proximate result of the conduct of the defendants and each of them, and by reason of said injuries suffered by him, plaintiff was unable to attend his usual occupation and thereby lost earnings and

3.

**COMPLAINT FOR DAMAGES**

earning capacity.

6. The full amount of such loss of earnings, past and future, is an amount which is currently unknown to plaintiff, and plaintiff will amend this complaint to state the full amount of such damages when the same become known to him, or upon proof thereof.

**WHEREFORE**, plaintiff prays for judgment against the defendants, and each of them, as follows:

### AS TO ALL CAUSES OF ACTION

1. For general damages according to proof;
2. For special damages for X-ray, medical and sundry expenses, according to proof;
3. For loss of earnings and earning capacity, according to proof;
4. For the costs of suit incurred herein; and
5. Hhis relief as the Court may deem just and proper.

DATED: February 11, 2020

RAYMOND GHERMEZIAN, A
PROFESSIONAL LAW CORPORATION

BY: _____
RAYMOND GHERMEZIAN
ATTORNEY FOR PLAINTIFF

4.

**COMPLAINT FOR DAMAGES**