JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| TYLER COVINGTON<br><br>　　　　Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a business entity; and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | CASE NO.:<br>2:20-cv-04526-SVW-AFM<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Action Filed: May 22, 2020<br>State Complaint Filed: February 11, 2020<br>Trial: April 20, 2021, 9:00 a.m. |

On February 17, 2021, the parties jointly submitted a Stipulation of Dismissal, dismissing this entire action and claims herein, with prejudice, to the Court. Accordingly, this action and all claims herein are dismissed with prejudice, and the parties will bear their own respective attorneys' fees and costs.

All previously set dates are vacated and off-calendar.

**IT IS SO ORDERED.**

Dated: February 23, 2021

　　　　　　　　　　　　　　　　　　 _/s/ Stephen V. Wilson_
　　　　　　　　　　　　　　　　　　 STEPHEN V. WILSON
　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER ON STIPULATION TO DISMISS ENTIRE ACTION